IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS MAXBERRY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

13-cv-835-bbc

THE VETERANS ADMINISTRATION AND
VETERANS AFFAIRS, COMPRHENSIVE &
COMPENSATIVE WORK THERAPY and
UNIVERSITY OF WISCONSIN SYSTEMS
UNIVERSITY OF WISCONSIN-MILWAUKEE,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for improper venue.

    /s/                                               1/27/2014

Peter Oppeneer, Clerk of Court                   Date