UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
RECD/FILED
2014 FEB -3 PM 12: 29

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Dennis L. Maxberry,
P. O. Box 14081 West Allis, WI 53214

vs.  Case no. 13-cv-835

United States of America at
United States Attorney at
202 United States Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

## NOTICE OF APPEAL

Now comes the Petitioner DLM who motions the Court with leave and files Notice of Appeal. Wherefore, with this notice the name changes the Appeal from: The Veterans Administration and Veterans Affairs, and Compensated Work Therapy and the University of Wisconsin-Milwaukee whose addresses are Veterans Administration 5004 W. National Avenue, Milwaukee, WI 53295, and The University of Wisconsin-Milwaukee at P. O. Box 413 2200 E. Kenwood Blvd., Milwaukee, WI 54201.

Wherefore, the case now becomes the following: The Respondents through Attorney and Judge Sabotage violated the Petitioner 4th, 6th, 7th, 13th 14th, and 15th Amendment rights to a hearing and when the Petitioner decided to request change of venue they acted to monopolize the Court System.

Respectfully Submitted,

_____,
Dennis L. Maxberry
P. O. Box 14081
West Allis, WI 53214

## CERTIFICATION

This is to certify that a true and concise copy has been sent to the United States Attorney at 362 United States Courthouse 517 East Wisconsin Avenue Milwaukee, WI 53202. On this the 31st day of Jan, 2014.

_____,
Dennis L. Maxberry

2014 FEB -3 PM 12:30
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

DOC NO
REC'D/FILED